1  Eric D. Houser (SBN 130079)
   J. Owen Campbell (SBN 229976)
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
4  Telephone: (949) 679-1111
   Facsimile: (949) 679-1112
5  ocampbell@houser-law.com

6  Attorneys for Defendant
7  BARCLAYS CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING
   erroneously named as Homeq Servicing

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11  JOHANN A. NOOL and ARLENE G.   ) Case No.: 09-00885-OWW-DLB
    NOOL,                          )
12                                 )
               Plaintiffs,         ) [~~PROPOSED~~] ORDER GRANTING
13                                 ) DEFENDANT BARCLAYS
        v.                         ) CAPITAL REAL ESTATE, INC.
14                                 ) DBA HOMEQ SERVICING'S
    HOMEQ SERVICING, a corporation;) MOTION TO DISMISS
15  OPTION MORTGAGE LENDING        )
    INC., a corporation, MORTGAGE  ) Hearing Date: August 31, 2009
16  ELECTRONIC REGISTRATION        ) Hearing Time: 10:00 a.m.
    SYSTEM, INC., a corporation; OLD) Courtroom 3
17  REPUBLIC NATIONAL TITLE        )
    INSURANCE COMPANY, a           )
18  corporation; and DOES 1 through 200,)
    inclusive,                     )
19                                 )
               Defendants.         )
    _____)

20      Defendant Barclays Capital Real Estate, Inc. dba Homeq Servicing's

21

22  Motion to Dismiss (the "Motion") came before this Court for hearing on August

23  31, 2009.  Plaintiffs appeared by their counsel, Timothy F. Umbreit of Bander

24
    Law Firm.  Defendant appeared by its counsel, J. Owen Campbell of Houser &
25
    Allison, APC.
26

27

28

C:\Windows\Temp\notes101AA1\motion dismiss - order.doc

After consideration of the written submissions and oral argument, the Court issued its memorandum decision regarding Defendant's Motion.  The memorandum decision signed September 3, 2009 and entered September 4, 2009 as Document 14 in this matter sets forth the Court's reasoning in detail.

For the reasons set forth in the memorandum decision, the Court hereby GRANTS Defendant's Motion to Dismiss as follows:

1.     Plaintiffs' first claim for relief for "Violation of the Truth in Lending Act (TILA), 15 U.S.C. §§ 1610, et seq." is DISMISSED WITHOUT LEAVE TO AMEND.

2.     Plaintiffs' second claim for relief for "Violation of Cal. Civ. Code § 2923.6" is DISMISSED WITH LEAVE TO AMEND.

3.     Plaintiffs' third claim for relief for "Federal Unfair Debt Collection Practices" is DISMISSED WITHOUT LEAVE TO AMEND.

4.     Plaintiffs' fourth claim for relief for "Rosenthal Unfair Debt Collection Practices" is DISMISSED WITHOUT LEAVE TO AMEND.

5.     Plaintiffs' fifth claim for relief for "Predatory Lending/Fraud" is DISMISSED WITHOUT LEAVE TO AMEND.

6.     Plaintiffs' sixth claim for relief for "Fraud" is DISMISSED WITHOUT LEAVE TO AMEND.

C:\Windows\Temp\notes101AA1\motion dismiss - order.doc

7.     Plaintiffs' seventh claim for relief for "Violation of Bus. & Prof. Code §§ 17200, et seq. – Unlawful Business Practices" is DISMISSED WITH LEAVE TO AMEND.

8.     Plaintiffs' eighth claim for relief for "Breach of Fiduciary Duty" is DISMISSED WITHOUT LEAVE TO AMEND.

9.     Plaintiffs' ninth claim for relief for "Quiet Title Action" is DISMISSED WITHOUT LEAVE TO AMEND.

10.    Plaintiffs' tenth claim for relief for "Breach of Covenant of Good Faith and Fair Dealing" is DISMISSED WITHOUT LEAVE TO AMEND.


IT IS SO ORDERED.


Date: **9-9-09**

Oliver W. Wanger
United States District Judge

C:\Windows\Temp\notes101AAi\motion dismiss - order.doc