UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. NOOL AND ARLENE G. NOOL,<br><br>          Plaintiffs,<br><br>     v.<br><br>HOMEQ SERVICING, OPTION MORTGAGE LENDING INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., AND OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br><br>          Defendants. | 1:09-CV-00885 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:    September 18, 2009**             /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

1